**Victor Hugo VASQUEZ MARTINEZ, Maria Teresa Bernardino Perez; Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–76961.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.[*]

Filed March 2, 2009.

Victor Hugo Vasquez Martinez, Los Angeles, CA, pro se.

Maria Teresa Bernardino Perez, Los Angeles, CA, pro se.

Robbin Kinmonth Blaya, Esquire, Trial, Anthony W. Norwood, Senior Litigation Counsel, Terri Jane Scadron, Assistant Director, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, FERNANDEZ and W. FLETCHER, Circuit Judges.

**MEMORANDUM** [**]

Victor Hugo Vasquez Martinez and Maria Teresa Bernardino Perez, married natives and citizens of Mexico, petition pro se

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's decision denying their applications for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Petitioners failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005).

Petitioners' contention that the agency violated due process in their case by not considering the equities and by misapplying the law to the facts is unsupported by the record and therefore does not amount to a colorable constitutional claim. *Id.*

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.